**Order entered October 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01194-CV

### IN RE HARVEY CATHCART, Relator

**Original Proceeding from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F14-76880-K**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's September 25, 2019

petition for writ of mandamus.

/s/    BILL WHITEHILL
       JUSTICE
